UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60377-CIV-ROSENBAUM/HUNT

JEANNINE CLINE JACOBSON,

    Plaintiff,

vs.

ROBERT HILL d/b/a FOCUS FINANCIAL
SERVICES, and PALM BEACH CREDIT
ADJUSTORS, INC., d/b/a FOCUS FINANCIAL
SERVICES,

    Defendants.
_____/

## ORDER

This matter is before the Court upon a review of the case file. On September 10, 2013, the Court received notice that the parties had reached a settlement of this matter in mediation. D.E. 39. In light of the notice of settlement, the Court hereby directs the parties to submit a stipulation for dismissal **on or before September 20, 2013**, so that the case file may be closed. If the parties would like the Court to retain jurisdiction for the limited purpose of enforcing the terms of the settlement, they must make the settlement agreement contingent upon the Court's retaining jurisdiction. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). Additionally, the parties shall include notification to the Court in their Stipulation of Dismissal that the dismissal of the action is contingent upon the Court retaining jurisdiction to enforce the terms of the settlement agreement.

**DONE and ORDERED** at Fort Lauderdale, Florida, this 10th day of September 2013.

                                        ROBIN S. ROSENBAUM
                                      UNITED STATES DISTRICT JUDGE

Copies to counsel of record